EXHIBIT "A"

## DECLARATION OF CUSTODIAN OF BUSINESS RECORDS

STATE OF TEXAS              §
                           §
COUNTY OF POLK              §

"My name is Byron Lyons. I am of sound mind, capable of making this Declaration and personally acquainted with the facts herein stated:

1.    "I am the Sheriff and a custodian of the records of the Polk County Sheriff's Office. Attached hereto are 6 video recordings and 45 pages of records from the Polk County Sheriff's Office. These said 6 video recordings and 45 pages of records are kept by the Polk County Sheriff's Office in the regular course of business and it was the regular course of business of the Polk County Sheriff's Office for an employee or representative of the Polk County Sheriff's Office with knowledge of the act, event, condition, opinion or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

2.    "I also attest to the fact that these are copies of public documents that were prepared or obtained in the Course of Business by a Governmental Entity."

3.    "My name is Byron Lyons. My date of birth is ___ _____ 1966 ____, and my attorney's address is 1021 ESE Loop 323, Suite 200, Tyler, Texas 75701. I declare under penalty of perjury that the foregoing is true and correct. Executed on October 31, 2024."

**Declaration of Custodian of Business Records**                                                  **Page 1 of 2**

"Further Declarant sayeth not."

BYRON LYONS