EXHIBIT "A.1"

RECEIVED

MAR 04, 2021

HUMAN RESOURCES

SCANNED

**Polk County**



**BYRON LYONS,** Sheriff
1733 N. Washington
Livingston, Texas 77351
**(936) 327-6810**

**RICKIE CHILDERS**
Chief Deputy

**SHERRY SPRAYBERRY**
Adm. Assistant

Date: March 2, 2021

Reference: Lt. William Jerry

Disciplinary

Polk County Sheriff's Office/Jail Policy and Procedures Violations: 3.18 Rules of Conduct, 1.1 Obedience to Rules and Conduct, 1.1 Conduct Unbecoming, 2.4 Conduct and Behavior, 8.01 Use or Force, 4.30 Body Worn Cameras and 5.06 Taser.

On February 23, 2021 I received a public service call from Justice of the Peace Jamie Richardson in reference to two Polk County Jailers complaining about an unjustified use of force at the Polk County Jail by Lt. William Jerry. According to the information relayed by Richardson, Jailer Wyatt Cronin and Shaun Goins came to her residence informing her Lt. William Jerry had a use of force on a Polk County Inmate and they felt the use of force was unjustified. Both Jailers stated an inmate had flipped Lt. Jerry the finger and he called for assistance and a Taser. Lt. Jerry and several jailers entered the dorm room and Lt. Jerry physically assaulted the inmate on several occasions in which the inmate was not aggressive.

On February 24, 2021 I spoke with Sheriff Byron Lyons in reference to the allegations against Lt. Jerry and the decision was made to notify Texas Ranger Ryan Clendennen to conduct the investigation.

I watched the body camera video from Jailers Cronin, Guidry, and Campbell which showed Lt. Jerry along with several jailers enter the doom room with Lt. William Jerry grabbing Inmate Michael Richards by the back of the neck and take him into the D space between the two dorms. Lt. Jerry then physically man handled Inmate Richards to the extent of slamming him into the wall two times, placing his forearm into Inmate Richards neck, and placing a Taser to the head of Inmate Richards. At no time during this video was Inmate Richards aggressive. This action all began from Inmate Richards flipping Lt. Jerry the finger which is not just cause for a use of force.

Lt. Jerry then physically moved Inmate Richards from the D space down the hallway towards the booking area. During this time Lt. Jerry is telling Inmate Richards that he is going to "put these hands on you". Once they arrived at the Booking area, Inmate Richards was placed into tank 286 with Lt. Jerry going inside with him. Lt. Jerry turned around and told the officers "give us some privacy" and closed the door behind him with just him and the Inmate in the cell. This cell does not have a camera and Lt. Jerry was not wearing a body camera. Several of the officers stated they could hear Lt. Jerry and the Inmate hollering from inside the cell. Both Jailers Cronin and Goins gave statements that they saw Lt. Jerry physically assault Inmate

Inmate Richards through the small window in Tank 286. A short time later, Lt. Jerry exits the cell with the Inmate walking behind him and Lt. Jerry turned around and shoved the Inmate back into the cell.

Inmate Richards was interviewed by Ranger Ryan Clendennen who confirmed that he was assaulted by Lt. Jerry.

After the use of force, Inmate Richards was not seen by medical for any injuries he might have sustained during the use of force.

Lt. William Jerry you violated the above Policy and Procedure's, at this time you are terminated from employment with the Polk County Sheriff's Office.

_Rickie Childers_

Rickie Childers, Chief Deputy

I have read the contents of this report and agree to the substance of it. I agree to follow the directions or orders provided herein.

Employee signature:_____

Date Signed:_____

I have read the contents of this report and DO NOT agree with the substance of it. I DO NOT agree to follow the directions or orders provided herein, for the reasons listed in the space below. I would like to appeal the provisions of this report

through the chain of command.

Employee signature: _____

Date signed: _03-02-21_

You may write in any objections you may have in this space provided below.

_Refused to give Statement today_
_Rickie Childers_

_Termination up.held_
_Byron A. Lyons 3/4/21_

Signature _____

Date _03-02-21_