EXHIBIT "A.3"



**Polk County**

**Rickie Childers**
Chief Deputy

**Byron Lyons,** Sheriff
1733 N. Washington
Livingston, Texas 77351
**(936) 327-6810**

**Christie Allen**
Adm. Assistant

January 21, 2021

Adrena Gilbert
Director of Human Resources

RE: William Jerry

Mrs. Gilbert. Captain Patrick Dickens, has submitted his resignation of Captain from the Polk County Sheriff's Office Detention Center affective March 12, 2021.

I have sat and had an extensive conversation with Lt. Jerry. After meeting Lt. Jerry, I met with members of My Administrative staff concerning the resignation of Captain Dickens. On January 20, 2021, I offered Lt. Jerry, the soon to be vacant position of Captain of the Polk County Sheriff's Office Detention Center. Lt. Jerry, has accepted the offer of the soon to be vacant Captains position.

I am requesting Lt. Jerry's promotion be effective March 15, 2021. Captain Jerry's salary will be as followed:
Grade 121, Step 1 = $48,052.00.

If there are any questions, please contact me.
Thank you.

Sheriff, Byron Lyons
Polk County Sheriff's Office

PC0382