## Service History

| Appointed As | Department | Award | Service Start Date | Service End Date | Service Time |
|---|---|---|---|---|---|
| Peace Officer (Not Full Time) | BENAVIDES POLICE DEPARTMENT | Peace Officer License | 7/11/2024 | | 0 years,  3 months |
| Peace Officer (Full Time) | TEXAS MEDICAL CENTER POLICE DEPT. | Peace Officer License | 7/10/2023 | 4/2/2024 | 0 years,  9 months |
| Peace Officer (Full Time) | JASPER CO. SHERIFF'S OFFICE | Peace Officer License | 3/10/2023 | 8/31/2023 | 0 years,  6 months |
| Peace Officer (Not Full Time) | CORRIGAN POLICE DEPT. | Peace Officer License | 10/14/2022 | 3/10/2023 | 0 years,  5 months |
| Peace Officer (Full Time) | CORRIGAN POLICE DEPT. | Peace Officer License | 2/25/2021 | 10/14/2022 | 1 years,  8 months |
| Jailer (Full Time) | POLK CO. SHERIFF'S OFFICE | Jailer License | 7/17/2017 | 3/4/2021 | 3 years,  8 months |
| Peace Officer (Full Time) | POLK CO. SHERIFF'S OFFICE | Peace Officer License | 7/29/2013 | 3/4/2021 | 7 years,  7 months |
| Peace Officer (Full Time) | Alabama-Coushatta Tribe of Texas Police Dept. | Peace Officer License | 10/1/2012 | 7/18/2013 | 0 years,  9 months |
| Jailer | POLK CO. SHERIFF'S OFFICE | Jailer License | 11/10/2004 | 10/22/2012 | 7 years, 11 months |
| Peace Officer | POLK CO. SHERIFF'S OFFICE | Peace Officer License | 10/21/2004 | 10/22/2012 | 8 years,  0 months |
| Peace Officer | POLK CO. SHERIFF'S OFFICE | Peace Officer License | 10/15/2004 | 10/22/2012 | 8 years,  0 months |
| Jailer | NEWTON CO. SHERIFF'S OFFICE | Jailer License | 3/16/2003 | 10/19/2004 | 1 years,  7 months |
| Peace Officer | NEWTON CO. SHERIFF'S OFFICE | Peace Officer License | 3/16/2003 | 10/19/2004 | 1 years,  7 months |
| Reserve Officer | NEWTON CO. SHERIFF'S OFFICE | Peace Officer License | 1/15/2003 | 2/3/2003 | 0 years,  1 months |
| Jailer | ORANGE CO. SHERIFF'S OFFICE | Jailer License | 1/4/2002 | 8/8/2002 | 0 years,  7 months |
| Reserve Officer | ORANGE CO. SHERIFF'S OFFICE | Peace Officer License | 7/23/2001 | 8/8/2002 | 1 years,  0 months |
| Peace Officer | GALVESTON COUNTY SHERIFF'S OFFICE | Peace Officer License | 11/22/2000 | 7/17/2001 | 0 years,  8 months |
| Jailer | GALVESTON COUNTY SHERIFF'S OFFICE | Temporary Jailer License | 11/22/2000 | 7/17/2001 | 0 years,  8 months |
| Peace Officer | KOUNTZE POLICE DEPT. | Peace Officer License | 9/19/2000 | 11/24/2000 | 0 years,  2 months |

## Total Service Time

| Description | Service Time |
|---|---|
| Jailer | 14 years,  5 months |
| Peace Officer | 22 years,  2 months |
| Reserve Officer | 1 years,  1 months |
| Total officer time | 23 years,  3 months |