# EXHIBIT A.5A & B

A.5 - 4.5 - 2021_2_23_8_35_33_000 cam 22 PC0697

A.5.A - 2021_2_23_8_35_35_000 cam20 PC0698