# EXHIBIT A.6

A.6 - MickeyGuidry_202102230832_VHC2018697_119649141 PC 0701