# EXHIBIT A.7

A.7 - WyattCronin_202102230832_VHC2029205_95272020 PC 0702