# EXHIBIT A.8

A.8 - KoriellCampbell_202102230832_VHC2017360_68465407 PC 0699