# EXHIBIT A.9

A.9 - MichaelGoins_202102230833_VHC2017342_126302086 PC0700