# PERSONNEL ACTION FORM

TO: HUMAN RESOURCES SUPERVISOR        FROM:    Kenneth Hammack, Sheriff

William Edgar Jerry                              2/28/1976                    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
__(Employee Name)__                            __(D.O.B.)__                  __(Social Security Number)__

402 Anderson Rd.                    Livingston    Texas    77351
__(Street Address)__               __(City)__   __(State)__  __(Zip)__              __(Phone)__

Spouse / Next of Kin;    Laura Jerry                      Emergency Telephone #    (936) 933-3298

Driver's License #    16649267        Please enter the following change as of;    __06/10/2019__
                                                                    __(Effective Date)__

| | | |
|---|---|---|
| ☐ NEW HIRE | ☐ CHANGE IN NAME/ADDRESS/PHONE/ETC. | |
| ☐ RE-HIRE | ☐ RECLASSIFICATION OF JOB | |
| ☐ PROMOTION | ☐ SEPARATION (ELIGIBLE FOR RE-HIRE? ☐ YES ☐ NO | |
| ☐ DEMOTION | ☐ RESIGNATION | |
| ☐ TRANSFER | ☐ RETIREMENT | |
| ☐ MERIT INCREASE | ☐ LAY OFF | |
| ☐ COST-OF-LIVING INCREASE | ☐ DISMISSAL | |
| ☐ INITIATE/CHANGE CERTIFICATE PAY | ■ OTHER  **SEE REMARKS, BELOW** | |

| PRESENT STATUS (if new hire, leave blank) | NEW STATUS (after this change) |
|---|---|
| Category (F/T, P/T, LP, etc.):    Regular Full-time | Category:    SAME |
| Class/Title:    1059 - Assistant Jail Administrator (LT) | Class/Title:   SAME |
| Group/Step:   119/1        Salary:    $43,584.00 | Group/Step:   SAME        Salary:    SAME |
| Fund:    010-2512-1050; 010-2560-1030; 010-2560-1200 | Fund:        SAME |
| Department:    Jail | Department:   SAME |
| Codes (for Personnel use, only)<br>W/Comp:   077200    EEOC:   R/M/B/04    U/E:   922140 | W/Comp:  SAME    EEOC: SAME    U/E:  SAME |

**REMARKS:**    Increase cell phone allowance to $720.20/yr.

**PRIOR SERVICE:**

*I verify that I have reviewed the foregoing information and have found such action to be in compliance with the County's Policy & Procedure and with this Department's Budget.*

__Supervisor's Signature__                                        __Date__

*I verify that I have reviewed the foregoing information and find that sufficient departmental funds  / ARE  / ARE NOT remaining for this change for the current fiscal year, subject to verification of appropriately budgeted funds.*

__County Auditor__                                              __Date__

*Appropriately budgeted funds  /(ARE)/  ARE NOT available for this change and, if available;*

*The above change  /(IS)/  IS NOT  approved by the Commissioners Court.*

                                                            5/28/19
__County Judge__                                              __Date__

**(Submit original to Human Resource Office and retain copy for your records)**

PF-11

PC0551

# PERSONNEL ACTION FORM

TO: **HUMAN RESOURCES SUPERVISOR**          FROM:    **Kenneth Hammack, Sheriff**

William Edgar Jerry                    2/28/1976                              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
(Employee Name)                       (D.O.B.)                        (Social Security Number)

PO Box 1511                           Onalaska    Texas    77360    (936) 223-2944
(Street Address)                      (City)      (State)  (Zip)        (Phone)

Spouse / Next of Kin;    Cassandra Lewis                    Emergency Telephone #    (409) 724-2855

Driver's License #    16649267              **Please enter the following change as of;**    **08/25/2014**
                                                                                             (Effective Date)

| | | | |
|---|---|---|---|
| ☐ NEW HIRE | | ☐ | CHANGE IN NAME/ADDRESS/PHONE/ETC. |
| ☐ RE- HIRE | | ☑ | RECLASSIFICATION OF JOB |
| ☑ PROMOTION | | ☐ | SEPARATION (ELIGIBLE FOR RE-HIRE? ☐ YES ☐ NO) |
| ☐ DEMOTION | | ☐ | RESIGNATION |
| ☐ TRANSFER | | ☐ | RETIREMENT |
| ☐ MERIT INCREASE | | ☐ | LAY OFF |
| ☐ COST-OF-LIVING INCREASE | | ☐ | DISMISSAL |
| ☐ INITIATE/CHANGE CERTIFICATE PAY | ☑ OTHER | | **SEE REMARKS, BELOW** |

| **PRESENT STATUS** (if new hire, leave blank) | **NEW STATUS** (after this change) |
|---|---|
| Category (F/T, P/T, LP, etc.):    Regular Full-time | Category:    SAME |
| Class/Title:    1037 - Deputy Sheriff (Patrol) | Class/Title:    1035 - Detective |
| Group/Step:    20/01       Salary:    $33,940.76 | Group/Step:    22/01       Salary:    $37,399.39 |
| Fund:    010-560-105, 010-560-103; 010-560-120 | Fund:    SAME |
| Department:    Sheriff | Department:    SAME |
| Codes (for Personnel use, only)<br>W/Comp:    077200    EEOC:    R/M/B/04       U/E:    922120 | W/Comp:  SAME    EEOC:  SAME       U/E:  SAME |

**REMARKS:**    Emergency Hire replacing Randle Turner. Keep Certificate pay and increase cell phone allowance to $600.08/yr. (010-560-103)

**PRIOR SERVICE:**

\* *I verify that I have reviewed the foregoing information and have found such action to be in compliance with the County's Policy & Procedure and with this Department's Budget.*

_____                    8/20/14
Supervisor's Signature                                      Date

\* *I verify that I have reviewed the foregoing information and find that sufficient departmental funds I (ARE) I ARE NOT remaining for this change for the current fiscal year, subject to verification of appropriately budgeted funds.*

_____                    8/20/14
County Auditor                                          Date

\* Appropriately budgeted funds I ARE I ARE NOT available for this change and, if available;

The above change I IS I IS NOT approved by the Commissioners Court.

_____                    _____
County Judge                                            Date

**(Submit original to Human Resource Office and retain copy for your records)**

PF-11

PC0556