EXHIBIT "A.11"

### Garrity Warning

As a condition of employment, you are being ordered to answer our questions as part of an official investigation of the department. The questions will be specifically directed and narrowly related to the performance of your official duties.

The information or evidence you provide cannot be used against you in any criminal proceeding. However, your statement may be used against you if a subsequent administrative action is commenced.

If you refuse to answer our questions, you will be subject to disciplinary action which could include job termination.

Do you understand? _WS_

Signature _(signature)_

Date and time: _3-2-21 @ 1245 pm_

Administered by: _Rickie Childers_

"On _2nd_ day of _March_, 2021, at _1245_ (time), (Place) _Polk County Sheriff's Office_, I was ordered to submit this statement by **Rickie Childers/Chief Deputy** (Name) ((Rank). I submit this statement at his / her order as a condition of employment. In view of possible job forfeiture, I have no alternative but to abide by this order.

It is my belief and understanding that the department requires this statement solely and exclusively for internal purposes and will not release it to any other agency. It is my further belief that this statement will not and cannot be used against me in any subsequent proceeding, including criminal proceedings other than disciplinary proceedings within the confines of the department itself.

"For any and all other purposes, I hereby reserve my constitutional right to remain silent under the **FIFTH AND FOURTEENTH AMENDMENTS** to the **UNITED STATES CONSTITUTION** and other rights **PRESCRIBED** by law. Further, I rely specifically upon the protection afforded me under the doctrines set forth in Garrity vs. New Jersey 385 U. S. 511 (1967), should this report (statement) be used for any other purpose of whatsoever kind or description".

_(signature)_
Signature

_(signature)_
Witnessed by:
_3-2-21 @ 1245 pm_
Date and Time

PC0004