EXHIBIT "A.12"

**Polk County**



**BYRON LYONS,** Sheriff

**RICKIE CHILDERS**
Chief Deputy

1733 N. Washington
Livingston, Texas 77351
**(936) 327-6810**

**SHERRY SPRAYBERRY**
Adm. Assistant

Date: February 26, 2021

Reference: Complaint

On the date above, I William Jerry received a copy of the complaint against me in reference to a Use of Force in the Polk County Jail. Also I received one SanDisk 16 GB jump drive which shows the four jailer body camera videos, and the jail video from when the Inmate was placed in cell 286.

_____
William Jerry

_____  8 40 Au
Rickie Childers, Chief Deputy

PC0186