EXHIBIT "D"

## DECLARATION OF WYATT CRONIN

STATE OF TEXAS             §
                           §
COUNTY OF POLK             §

1.    "My name is Wyatt Cronin.  I am over the age of 18 and have never been convicted of a felony offense or a crime involving moral turpitude.  The following facts are based upon my personal knowledge and are all true and correct or, as noted below, the statements are derived from official government documents, and are all true and correct to the best of my knowledge."

2.    "I am a prior employee of the Polk County Jail where I worked as a correctional officer from June 2020 until April 2021. I have a jailer's license through TCOLE and approximately two years of correctional experience. I currently work in private security."

3.    I was working at the Polk County Jail on February 23, 2021, when a use of force incident involving Lieutenant William Jerry and inmate Michael Richards occurred. At approximately 8:30 in the morning, Lieutenant Jerry requested a taser and for assistance at cell tank 231. Jerry stated that the inmate had given him the middle finger through the window. I turned on my body camera and arrived to cell 231 shortly after. Jerry was waiting outside of the cell door for a taser. Seconds later Officer Guidry arrived and handed Lieutenant Jerry a taser.

4.    "Jerry went into the cell tank and without giving Inmate Richards any verbal instructions, walked up to him, grabbed him by the neck and pulled him out into the "D-space" of the cell. Jerry was cursing and threatening inmate Richards, slammed him up against the wall and door of the D-space, and even pointed the taser at his

**Declaration of Wyatt Cronin**                                    **Page 1 of  4**

head. Richards was not being combative or resistant at any point during this interaction. Jerry then shoved Richards out into the hall and commanded Richards to walk. Jerry continued to curse, threaten and intimidate inmate Richards as we all walked down the hall. Jerry then grabbed inmate Richards by the hair and tossed him through the doorway to the booking area.  Jerry then asked if which tanks were open, and someone responded "286". Jerry walked inmate Richards up to cell 286, a private cell without a camera, and told us to "give me some privacy". Jerry then entered the cell with inmate Richards. I could see into the window briefly and saw Jerry shove inmate Richards. As I stood out of the cell, I could hear Jerry screaming and thuds as if someone were being shoved against the padded wall of the cell. We were told by another Sergeant to get away from the door and I walked away."

5.    "It was immediately clear to me that Jerry's actions were improper and an excessive use of force, and needed to be reported. I told officer Michael Goins, who also witnessed the incident to meet me in the break room, and we discussed what we saw and agreed that Jerry's actions were an unnecessary and excessive use of force, and that we would report the incident. Later in the shift, we were told by Lynn Allen in the control room that Jerry had instructed her not to let any jail staff go into the Sheriff's Office. This was highly unusual. Jerry then called everyone on the shift together outside of his office, and instructed us that we were to draft reports and turn them directly into him before leaving work. He was acting nervously. He made statements trying to justify his actions, and stating that he knew what he could and couldn't do, and did nothing wrong. It appeared that Jerry was taking measures to control the situation and protect himself."

**Declaration of Wyatt Cronin**                                                    **Page 2 of  4**

6.  "Because of Jerry's actions and behavior, and because he had prevented us from going to the Sheriff's Office, I felt more comfortable reporting the incident to the Justice of the Peace Jamie Richardson. Officer Goins agreed, and after our shift we went to Justice of the Peace for Precinct 4 Jamie Richardson and reported the incident. I knew and trusted her well as she was frequently at the jail to magistrate inmates and for various other reasons. She told us she would contact the Chief Deputy about or reports, and it is my understanding that is what she did."

7.  "I met with Chief Deputy Childers, the Texas Rangers and FBI and gave statements about my report and what I witnessed. My statements to them were consistent with this declaration and what can be seen on the body camera and surveillance footage of the incident."

8.  "I never witnessed, or even heard, accusations of, either Sheriff Lyons or Chief Deputy Childers racially discriminating against anyone based on their race. There was no policy, custom, or practice at the Polk County Sheriff's Office of engaging in racial discrimination against employees, inmates, or any other individuals during the time that I worked there. In fact, behavior like that was contrary to policy."

"My name is Wyatt Cronin. My date of birth is _____, and my attorney's address is 1021 ESE Loop 323, Suite 200, Tyler, Texas 75701. I declare under penalty of perjury that the foregoing is true and correct. Executed on October 28, 2024.

"Further Declarant sayeth not."

_____
**WYATT CRONIN**

6.    "Because of Jerry's actions and behavior, and because he had prevented us from going to the Sheriff's Office, I felt more comfortable reporting the incident to the Justice of the Peace Jamie Richardson. Officer Goins agreed, and after our shift we went to Justice of the Peace for Precinct 4 Jamie Richardson and reported the incident. I knew and trusted her well as she was frequently at the jail to magistrate inmates and for various other reasons. She told us she would contact the Chief Deputy about or reports, and it is my understanding that is what she did."

7.    "I met with Chief Deputy Childers, the Texas Rangers and FBI and gave statements about my report and what I witnessed. My statements to them were consistent with this declaration and what can be seen on the body camera and surveillance footage of the incident."

8.    "I never witnessed, or even heard, accusations of, either Sheriff Lyons or Chief Deputy Childers racially discriminating against anyone based on their race. There was no policy, custom, or practice at the Polk County Sheriff's Office of engaging in racial discrimination against employees, inmates, or any other individuals during the time that I worked there. In fact, behavior like that was contrary to policy."

"My name is Wyatt Cronin. My date of birth is __1 / 8 / 1991__, and my attorney's address is 1021 ESE Loop 323, Suite 200, Tyler, Texas 75701. I declare under penalty of perjury that the foregoing is true and correct. Executed on October 28, 2024.

"Further Declarant sayeth not."

WYATT CRONIN

Declaration of Wyatt Cronin

Page 3 of 4