## DECLARATION OF MICHAEL GOINS

STATE OF TEXAS     §
                       §

COUNTY OF POLK    §

1. "My name is Michael Goins. I am over the age of 18 and have never been convicted of a felony offense or a crime involving moral turpitude. The following facts are based upon my personal knowledge and are all true and correct or, as noted below, the statements are derived from official government documents, and are all true and correct to the best of my knowledge."

2. "I am currently a jailer working in the Polk County Jail. I first started working at the Polk County Jail in 2019. I left briefly for other employment opportunities in 2020 and again in 2021. I have been working in the Jail since July of 2024. I have a jailer's license through TCOLE."

3. on the morning of February 23, 2021, I was working in the Polk County Jail. At around 8:30 in the morning, Lieutenant William Jerry requested a taser and for assistance at cell tank 231.I turned my body camera on and made my way to cell 231. When I arrived at the cell I could see Lieutenant Jerry had inmate Richards face pressed up against the window in the door of the cell."

4. "Jerry then shoved Richards out into the hallway and commanded Richards to walk. Jerry was cursing at inmate Richards and getting in his face as we all walked down the hall. Jerry was holding a taser in his hand. Jerry told Richards he was going to put his hands on him. I saw Jerry grab inmate Richards by the hair and toss him through the doorway that leads to the booking area. Lieutenant Jerry asked allowed which cell tanks were open, and someone responded "286". I continued to follow

**Declaration of Michael Goins**                                     **Page 1 of 3**

Jerry and Richards to cell 286, when Jerry told the officers to "give me some privacy".

4. "Lieutenant Jerry then went into cell 286 with inmate Richards. There is not a camera in this cell. There is a window on the cell door, and I stood outside of the cell for a moment and saw through the window Jerry getting physical with inmate Richards. I could also hear yelling and loud thuds like someone's body was hitting the walls of the cell. After a few moments, I walked away from the door, as another sergeant instructed us to go about our business. I had immediate concerns about the actions of Lieutenant Jerry."

5. "Officer Wyatt Cronin, who also present during the incident, asked me to meet him in the break room. We discussed what we witnessed, and agreed that Jerry had engaged in excessive use of force and the incident needed to be reported. Sometime later during our shift, Conin and I were informed by the officer in the control room that Jerry had instructed her not to let anyone go into the Sheriff's Office. I did not see any reason why he would instruct the control room to do this, unless he was concerned someone was going to report him to the Sheriff's Office. Lieutenant Jerry then called all of the jail staff who witnessed the incident to meet together by his office. Jerry told us to draft reports and turn them directly into him before leaving that day. He was acting erratically and raising his voice about how he did nothing wrong and knew what he could do. It felt like he was trying to intimidate the jail staff and protect himself."

6. "Due to Jerry's actions, and because we weren't permitted to go to the Sheriff's Office, Cronin and I decided to report the incident to the Justice of the Peace Jamie

**Declaration of Michael Goins**                                    **Page 2 of 3**

Richardson. At the end of our shift, Cronin and I went to JP Richardson and reported the incident. JP Richardson was frequently at the jail and I trusted her. She informed Chief Deputy Childers of what we reported to her about Jerry's conduct that morning"

7.    "I discussed the incident with Chief Childers and the Texas Rangers. My statements to them were consistent with this declaration and what can be seen on the body camera and surveillance footage of the incident."

8.    "I know Chief Deputy Childers and Sheriff Lyons well and have never witnessed either of them engage in racism or discrimination of any kind at any time. There was no policy, custom, or practice at the Polk County Sheriff's Office of engaging in racial discrimination against employees, inmates, or any other individuals ever during the time that I have worked here.  In fact, behavior like that would have been a violation of policy"

"My name is Michael Goins. My date of birth is _December 5th, 1997_ , and my attorney's address is 1021 ESE Loop 323, Suite 200, Tyler, Texas 75701. I declare under penalty of perjury that the foregoing is true and correct. Executed on October 28, 2024."

"Further Declarant sayeth not."

**MICHAEL GOINS**

Declaration of Michael Goins                                                    Page 3 of  3