EXHIBIT "G"

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TRANSCRIPTION OF

MICKEY GUIDRY BODY CAMERA FOOTAGE

FROM 02/23/21

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



WILLIAM JERRY:  Look at you, you got me fucked up, motherfucker.  You got me fucked up.  Come on, hey.

MICHAEL RICHARDS:  You better get the fuck off of me.

WILLIAM JERRY:  What you gonna do?  Come on.

MICHAEL RICHARDS:  Do you know who the fuck I am?

WILLIAM JERRY:  I don't care who you are.  Do you know who I am?  You better get ready to find out, motherfucker.  Come on, you don't shoot me the finger.  You got me fucked-up.

Walk.

You not the fuck who you think you are.  We're going to find that out.  We'll have a talk, see what you really want to do.  I'm going to put these hands on you mother-fucking ass, we're fixing to find out.  We're going to see, motherfucker, we're going to see.  We're fixing to find out.

Which one of these tanks you got open?

UNIDENTIFIED VOICE:  286.

WILLIAM JERRY:  Give me some privacy.

{End of recording.}



I, Jan Newman Carter, Certified Shorthand. Reporter, certify that the foregoing is a correct transcription from the digital recording.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this recording was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Certified to by me this 31st day of October, 2024.

_Jan Newman Carter_

Jan Newman Carter, Texas CSR 6062
Expiration Date:  7/31/25
Lexitas
Firm Registration No. 793
Expiration Date:  12/31/24
100 N. Ferguson, Suite 900
Tyler, Texas  75702
(903) 593-3213



| 0 | C | G |
|---|---|---|
| **02/23/21** 1:11 | **CAMERA** 1:10 | **Give** 2:23 |
| | **care** 2:10 | **GUIDRY** 1:10 |
| **1** | **Carter** 3:1,11 | |
| **100** 3:14 | **Certified** 3:1,9 | **H** |
| **12/31/24** 3:13 | **certify** 3:2,4 | **hands** 2:18 |
| | **correct** 3:2 | **hey** 2:3 |
| **2** | **counsel** 3:4 | |
| **2024** 3:9 | **CSR** 3:11 | **I** |
| **286** 2:22 | | **interested** 3:8 |
| | **D** | |
| **3** | **Date** 3:12,13 | **J** |
| **31st** 3:9 | **day** 3:9 | **Jan** 3:1,11 |
| | **digital** 3:3 | **JERRY** 2:1,6,10,23 |
| **6** | | |
| **6062** 3:11 | **E** | **L** |
| | **employed** 3:5 | **Lexitas** 3:12 |
| **7** | **End** 2:24 | |
| **7/31/25** 3:12 | **Expiration** 3:12,13 | **M** |
| **75702** 3:14 | | **MICHAEL** 2:4,8 |
| **793** 3:13 | **F** | **MICKEY** 1:10 |
| | **Ferguson** 3:14 | **mother-fucking** 2:18 |
| **9** | **financially** 3:7 | **motherfucker** 2:2,12,19 |
| **900** 3:14 | **find** 2:11,16,18,20 | |
| **903 593-3213** 3:15 | **finger** 2:12 | **N** |
| | **Firm** 3:13 | **Newman** 3:1,11 |
| **A** | **fixing** 2:18,20 | |
| **action** 3:6,8 | **FOOTAGE** 1:10 | **O** |
| **ass** 2:18 | **foregoing** 3:2 | **October** 3:9 |
| | **fuck** 2:4,8,15 | **open** 2:21 |
| **B** | **fucked** 2:2 | **outcome** 3:8 |
| **BODY** 1:10 | **fucked-up** 2:13 | |



## P

**parties**  3:5

**privacy**  2:23

**put**  2:17

## R

**ready**  2:11

**recording**  2:24 3:3,6

**Registration**  3:13

**related**  3:5

**Reporter**  3:2

**RICHARDS**  2:4,8

## S

**shoot**  2:12

**Shorthand**  3:1

**Suite**  3:14

## T

**talk**  2:16

**tanks**  2:21

**Texas**  3:11,14

**transcription**  1:9 3:3

**Tyler**  3:14

## U

**UNIDENTIFIED**  2:22

## V

**VOICE**  2:22

## W

**Walk**  2:14

**WILLIAM**  2:1,6,10,23

888-893-3767
www.lexitaslegal.com

