**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **WILLIAM JERRY** | § | |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO.: 9:23-cv-00032-MJT** |
| | § | |
| **POLK COUNTY, TEXAS,** | § | *JURY DEMANDED* |
| **AND POLK COUNTY SHERIFF'S** | § | |
| **OFFICE,** | § | |
| *Defendants.* | § | |

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**

On this day, came on to be considered Defendants Polk County, Texas and Polk County Sheriff's Office, and file their Motion for Summary Judgment. The Court after carefully considering such Motion, is of the opinion that the Motion should be, in all things, **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Summary is hereby **GRANTED**, and orders that in all things, Polk County Texas, and Polk County Sheriff's Office are hereby **DISMISSED.**