UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| WILLIAM JERRY | § | |
| Plaintiff | § | |
| | § | |
| V. | § | |
| | § | Civil Action: 9:23-cv-32 |
| | § | |
| POLK COUNTY, POLK COUNTY | § | |
| SHERRIF'S OFFICE | § | |
| Defendant | § | *Jury Trial Requested* |

## ORDER

Pending before this Court is Defendant's Motion to Strike the Affidavit of Matthew Ross and Objections to Plaintiff's Summary Judgment Evidence, and the Court having considered said Motion, the pleadings, and the evidence, does hereby DENY Defendant's Motion to Strike the Affidavit of Matthew Ross and Objections to Plaintiff's Summary Judgment Evidence.

It is hereby ORDERED that Defendant's Motion to Strike the Affidavit of Matthew Ross and

Objections to Plaintiff's Summary Judgment Evidence be DENIED.

SIGNED on _____, 20___.

_____
THE HONORABLE FEDERAL EASTERN DISTRICT OF TEXAS JUDGE